# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. LENNON, JR.,** | : | CIVIL ACTION NO. 1:09-CV-0180 |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **PENN WASTE, INC.**, *et al.*, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of July, 2009, upon consideration of the stipulation of substitution of parties (Doc. 17), filed jointly by *pro se* plaintiff and counsel for defendant Steven H. Grohn ("Grohn"), and it appearing that plaintiff has agreed to voluntarily dismiss all claims asserted against Grohn, (id. ¶ 1), and that the parties agree to substitute defendant Credit Bureau of York, Inc. in Grohn's place, (id. ¶ 2), it is hereby ORDERED that:

1. The stipulation (Doc. 17) of the parties is ADOPTED.

2. All claims against Steven H. Grohn are DISMISSED. The Clerk of Court is instructed to TERMINATE Grohn as a named defendant in the above-captioned matter.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge